# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2013

145631-2(103)(105)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

ANTHONY HENRY and KEITH WHITE,
        Plaintiffs-Appellees,

v

LABORERS LOCAL 1191, d/b/a ROAD
CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191 and MICHAEL
AARON,
        Defendants-Appellants,
and

BRUCE RUEDISUELI,
        Defendant.
_____

SC: 145631
COA: 302373
Wayne CC: 10-000384-CD


MICHAEL RAMSEY and GLENN DOWDY,
        Plaintiffs-Appellees,

v

LABORERS LOCAL 1191, d/b/a ROAD
CONSTRUCTION LABORERS OF
MICHIGAN LOCAL 1191 and MICHAEL
AARON,
        Defendants-Appellants,
and

BRUCE RUEDISUELI,
        Defendant.
_____

SC: 145632
COA: 302710
Wayne CC: 10-004708-CD

On order of the Chief Justice, the motions of plaintiffs-appellees in Nos. 145631 and 145632 to extend the time for filing their appeal briefs are GRANTED. The appeal brief filed by plaintiffs-appellees in Nos. 145631 on June 19, 2013, and the appeal brief filed by plaintiffs-appellees in Nos. 145632 on June 28, 2013, are accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2013



Clerk